ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Mountain Movers/Ainsworth-Benning, LLC | ) ASBCA No. 62164-ADR |
| | ) |
| Under Contract No. W9128F-12-D-0027 | ) |

APPEARANCE FOR THE APPELLANT:    Timothy A. Furin, Esq.
    The Law Office of Timothy A. Furin, PLLC
    Charlottesville, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    William G. Latka, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 3, 2023

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62164-ADR, Appeal of Mountain Movers/Ainsworth-Benning, LLC, rendered in conformance with the Board's Charter.

Dated: January 3, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals